AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

WILSON EARL LOVE,

                            JUDGMENT IN A CIVIL CASE

            Plaintiff,

v.                              Case Number: 2:20-cv-00441-GMN-NJK

STATE OF NEVADA,

           Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is hereby entered in favor of Defendant against Plaintiff.

 

12/8/2020                                                         DEBRA K. KEMPI
Date                                                              Clerk

                                                                           /s/ J. Callo
                                                                           Deputy Clerk